IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PERRY KING,

                      Petitioner,

v.                                                  ORDER

RANDY KEYES,                                22-cv-248-jdp

                      Respondent.

---

Perry King, appearing pro se, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his federal conviction for possession of a firearm by a felon. I stayed the petition, stating that although King could not obtain relief as the law currently stood, the United States Supreme Court was considering a case that could change under what circumstances petitioners may file § 2241 petitions under the "savings clause" of 28 U.S.C. § 2255. *King v. Keyes*, No. 22-cv-248-jdp, 2023 WL 2877606, at *3 (W.D. Wis. Mar. 13, 2023).

The Supreme Court has issued a decision in that case, but it does not help King; instead it further restricted the circumstances under which prisoners could seek habeas relief under 28 U.S.C. § 2241. *Jones v. Hendrix,* 143 S.Ct. 1857, 1869 (June 22, 2023) (federal prisoners who have previously moved to vacate their sentence under § 2255 cannot use the savings clause to file a § 2241 petition based on a new interpretation of a statute). King's petition is now clearly foreclosed. Accordingly, I will dismiss this case.

ORDER

IT IS ORDERED that:

1. Petitioner Perry King's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

2. The clerk of court is directed to enter judgment and close this case.

Entered July 27, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge